DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,

          *Plaintiff,*

  - against -

M/V CHANG JIANG BRIDGE and YANG MING MARINE TRANSPORT CORPORATION,

          *Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

06 Civ. 00694

**STATEMENT UNDER F.R.C.P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

Nippon Express Co., LTD.

Date: Rye, New York
      January 30, 2006

MALOOF BROWNE & EAGAN LLC

By: _____
    David T. Maloof (DM 3350)
    Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

F:\WP-DOCS\1412.37\013006 Rule 7.1.doc