AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  06 Civ.

M/V CHANG JIANG BRIDGE and YANG MING MARINE TRANSPORT CORPORATION,

'06 CIV 00694

JUDGE CASTEL

TO: (Name and address of defendant)

Yang Ming Marine Transport Corp.
525 Washington Blvd., Floor 25
Jersey City, NJ 07310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, NY 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

DATE  JAN 3 0 2006

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,

                    Plaintiff,

Vs

M/V CHANG JIANG BRIDGE and YANG MING
MARINE TRANSPORT CORPORATION,

                    Defendants.

Case No.
06 Civ. 694

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio DeLara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On February 16, 2006 at 9:25 a.m. at 525 Washington Blvd. Floor 25, Jersey City, NJ 07310, I served the within SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, 3RD AMENDED INSTRUCTIONS FOR ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING and GUILDLINES FOR ELECTRONIC CASE FILING on YANG MING MARINE TRANSPORT CORPORATION, defendant therein named, by delivering a true copy of same to TONY WANG, Office Manager who stated he was authorized to accept service on behalf of the defendant.

The person served is a asian male, black hair, 35-45 years old, 5'2"-5'5" in height, 145-155 pounds.

                                              Julio Delara
                                              License No. 991178

Sworn to before me this
16th day of February 2006

NOTARY PUBLIC

**BRUCE LAZARUS**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20_10_

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

Case 1:06-cv-00694-PKC    Document 4    Filed 02/21/2006    Page 4 of 4