8740/PMK

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendant*
YANG MING MARINE TRANSPORT CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,<br><br>                    Plaintiff,<br><br>  - against -<br><br>M/V CHANG JIANG BRIDGE and<br>YANG MING MARINE TRANSPORT<br>CORPORATION,<br>                    Defendants. | 06 CV 00694 (PKC)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant YANG MING TRANSPORTATION CORPORATION certifies that upon information and belief this party has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: March 6, 2006

                                  CICHANOWICZ, CALLAN, KEANE,
                                  VENGROW & TEXTOR, LLP
                                  61 Broadway, Suite 3000
                                  New York, New York 10006
                                  *Attorneys for Defendant*
                                  YANG MING MARINE TRANSPORT CORPORATION

          By:     s/ Paul M. Keane
                    Paul M. Keane (PMK-5934)