**MEMO ENDORSED**

# MALOOF BROWNE & EAGAN LLC

DAVID T. MALOOF

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com

*Conference adjourned by the Court from March 24, 2006 at 9:30 a.m. to May 25, 2006 at 9:30 a.m.*

*SO ORDERED*
*[signed] USDJ 3-8-06*

March 3, 2006

**RECEIVED MAR 08 2006 CHAMBERS OF P. KEVIN CASTEL**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/9/06**

**Via US Mail**

Hon. P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
Tel: (212) 805-0262

Re: *Nippon Express U.S.A. (Illinois), Inc. v. M/V Chiang Jiang Bridge*
Case No: 06 Civ. 694
Our File: 1412.37

Dear Judge Castel:

We represent the Plaintiff Nippon Express U.S.A. (Illinois), Inc. in connection with the referenced cargo damage matter.

The Court has scheduled an Initial Conference in this matter for March 24, 2006, but the Defendants have not yet appeared.

In fact, the claim by Nippon Express was filed primarily to protect a potential time bar. Nippon Express is an intermediate cargo carrier. My understanding is that detailed claim documents have not yet been presented to them by the cargo owner and the cargo owner has not filed a lawsuit. The hope is that the underlying cargo claim can be resolved amicably, and this protective lawsuit, for indemnity, and filed as a precaution, will not have to be pursued.

In short, our request is that the Court postpone the scheduled conference for 60 days. By that time, we are hopeful that all of the cargo claims will be resolved amicably.

We thank the Court for its consideration in this matter

Respectfully submitted,

David T. Maloof

cc: **Via US Mail**
Yang Ming Marine Transport Corp.
525 Washington Blvd., Floor 25
Jersey City, NJ 07310

DTM/rf
\\SERVER1\Company\WP-DOCS\1412.37\030306 Ltr to Castel.doc