**MALOOF BROWNE & EAGAN LLC**

**DAVID T. MALOOF**

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com

*MEMO ENDORSED*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/06

November 16, 2006



RECEIVED
NOV 21 2006

**Via US Mail**
Honorable P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
Tel: (212) 805-0262

Re:  *Nippon Express U.S.A. (Illinois), Inc. v. M/V Chiang Jiang Bridge*
Case No:  06 Civ. 694 (PKC)
Our File:  1412.37

Dear Judge Castel:

We represent the Plaintiff Nippon Express U.S.A. (Illinois), Inc. in connection with the referenced cargo damage matter.

Previously the Court placed this matter on the suspense docket, giving Plaintiff the right to move to re-open it up until November 30, 2006.

The matter was placed on the suspense docket, as we previously explained, because this lawsuit was filed by Nippon Express solely to protect a potential time bar. Nippon Express is an intermediate cargo carrier. Nippon Express has been negotiating with Japanese interests to resolve the underlying cargo claim. Those negotiations have gone slowly because of delays by the cargo owner in Japan in producing documents.

We are left now with no choice but to request that the Court place this matter on its suspense docket for an additional six months, until May 30, 2007, with the option for it to be reopened sooner by letter application. By that time, we are hopeful that all of the underlying cargo claims will either be withdrawn or be resolved amicably.  OK

We thank the Court for its consideration in this matter

Respectfully submitted,
David T. Maloof

cc: **Via Facsimile- 212-344-7285**
Paul M. Keane, Esq.
Chicanowicz Callan Keane Vengrow & Textor
*Attorneys for Defendant*

Application granted
SO ORDERED
[signature]
USDJ
11-27-06

F:\WP-DOCS\1412.37\030306 Ltr to Castel.doc