# MALOOF BROWNE & EAGAN LLC

**DAVID T. MALOOF**

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com

**MEMO ENDORSED**

April 24, 2007

**Via US Mail**
Honorable P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
Tel: (212) 805-0262

      Re:    *Nippon Express U.S.A. (Illinois), Inc. v. M/V Chiang Jiang Bridge*
            Case No:   06 Civ. 694 (PKC)
            Our File:    1412.37

Dear Judge Castel:

      We represent Plaintiff Nippon Express U.S.A. (Illinois), Inc. in connection with the referenced cargo damage matter.

      Previously, the Court placed this matter on the suspense docket, giving Plaintiff the right to move to re-open it until May 30, 2007. Nippon Express, which is an intermediate cargo carrier, has now resolved its underlying cargo claim with Japanese interests. Thus, we respectfully request that the Court reinstate the case to the Court's active docket.

      We thank the Court for its consideration in this matter

                              Respectfully submitted,

                              David T. Maloof

cc: **Via Facsimile- 212-344-7285**
Paul M. Keane, Esq.
Chicanowicz Callan Keane Vengrow & Textor
*Attorneys for Defendant*

*[Handwritten endorsement: Case reinstated to active calendar. SO ORDERED. /s/ P. Kevin Castel, USDJ, 4-26-07]*

DTM/mm

\\SERVER1\Company\WP-DOCS\1412.37\042407 Ltr to Castel.doc