APR-26-2007(THU) 12:05    Schweitzer Cornman Gross Bondell    (FAX)646 424 0880    P.002/002
Rx Date/Time    APR-26-2007(THU) 12:00    12124898346    P.002
04/26/2007 13:09 FAX 12124898346

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07

*Castel, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
MATTHEW ALPER,

        Plaintiff,

        v.

DEAN HAMER and RANDOM HOUSE, INC.,

        Defendants.
---------------------------------x

07 Civ. 2934 (PKC)

**STIPULATION AND ORDER**

WHEREAS, the date by which Defendant Random House, Inc. must answer or otherwise respond to the Summons and Complaint is May 7, 2007;

WHEREAS, there has been no prior request for an adjournment of said date;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff and for Defendants, that Defendants' time to answer or otherwise respond to Plaintiff's Summons and Complaint is hereby adjourned until June 20, 2007.

IT IS FURTHER STIPULATED AND AGREED that for purposes of this stipulation, facsimile signatures shall have the force and effect of original signatures.

Dated: New York, New York
      April 26, 2007

SCHWEITZER CORNMAN
  GROSS & BONDELL LLP
*Attorney for Plaintiff*

By: _____
    Michael A. Cornman, Esq.
    (MC 7134)
    292 Madison Avenue
    New York, New York 10017
    (646) 424-0770

DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendants*

By: _____
    Linda Steinman (LS 5906)
    Elizabeth A. McNamara (EM 1987)
    Christopher J. Robinson (CR 9165)

    1633 Broadway
    New York, New York 10019
    (212) 489-8230

SO ORDERED: _____
Honorable P. Kevin Castel, U.S.D.J.
4-27-07

NYC 182754v1 3910039-000175