UNITED STATES DISTRICT COURT         06 Civ. 0694 PKC)

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,<br><br>                Plaintiff,<br>- against -<br><br>M/V CHIANG JIANG BRIDGE et ano.,<br>                Defendants. | DEFENDANT, YANGMING MARINE TRANSPORT CORP.'S NOTICE OF MOTION TO DISMISS THE CLAIMS AGAINST IT ON GROUND OF A MANDATORY AND EXCLUSIVE FOREIGN FORUM SELECTION CLAUSE |

Please take notice that defendant, YANGMING MARINE TRANSPORT CORP., will move this Court before the P. Kevin Castel in Courtroom 12-C at the U.S. Courthouse at 500 Pearl Street, New York, NY for an order dismissing the claims against it on grounds of a mandatory and exclusive foreign forum selection agreement.

Please take further notice that your answering papers and opposing memoranda must be served and filed within the time provided for in Local Civil Rule 6.1(b).

Dated:      New York, NY         CICHANOWICZ CALLAN KEANE VENGROW
                                                    & TEXTOR, LLP, 61 Broadway, Ste. 3000
             May 18, 2007         New York, NY 10006 – Tel. 212-344-7042

                                                     By: /s/_____Paul M. Keane_____
                                                           Paul M. Keane [PK-5934]
                                                   Attorneys for Defendant
                                                   YANGMING MARINE TRANSPORT CORP.

TO:    Opposing Counsel