UNITED STATES DISTRICT COURT 06 Civ. 0694 (PKC)

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,<br>                     Plaintiff,<br>- against -<br>M/V CHIANG JIANG BRIDGE et ano.,<br>                     Defendants. | DEFENDANT, YANGMING MARINE TRANSPORT CORP.'S DECLARATION OF NORMAN CHOI IN SUPPORT OF ITS MOTION TO DISMISS THE CLAIMS AGAINST IT ON GROUND OF A MANDATORY AND EXCLUSIVE FOREIGN FORUM SELECTION AGREEMENT |

NORMAN CHOI declares that the following statement is true under the penalties of perjury:

1. I am the corporate counsel of non-party, Yang Ming (America) Corp., the U.S. agent for defendant, YANGMING MARINE TRANSPORT CORP. (hereafter, "YML"). I am fully familiar with the facts and circumstances of this matter and except as otherwise specified herein, I submit this declaration in support of defendant, YML's motion to enforce a foreign forum selection clause in its bill of lading contract of carriage.

2. I am advised by counsel that this case involves a claim for damage to containerized cargo carried in September or October of 2004 from Oakland, California to Tokyo, Japan pursuant to YML Bill of Lading no. YMLUW 160067969 dated on or about September 25, 2004.

3. Attached to this declaration as YML's Moving Exhibit C is a true and complete

copy of the YML bill of lading reverse side terms and conditions in use at that time and for the bill of lading plaintiff sues on.

Dated:      New York, NY, May 18, 2007

_____

NORMAN CHOI