# Canon

**INVOICE**

CANON U.S.A., INC.
One Canon Plaza, Lake Success, NY 11042
Telephone: 516-488-6700

| Invoice No. | Date | Page |
|---|---|---|
| N-CTU04/01150 | SEP 29, 2004 | 1 |

**Buyer** (E4A01) CANON INC.
30-2, SHIMOMARUKO 3-CHOME
OHTA-KU, TOKYO 146-8501
JAPAN

**Case Marks**
JX2674-02
CASE NO. 1-80

CANON INC.
CANON FUNABASHI LOGISTICS CTR.
C/O: NITTSU FUNABASHI BRANCH
5-124, KAIKIN-CHO
FUNABASHI-SHI, CHIBA-KEN
JAPAN
MR. ONODERA-81-3-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

-- AS PER ATTACHED SHEET --

**Consignee** (E4A01) CANON INC.
CANON FUNABASHI LOGISTICS CTR.
C/O: NITTSU FUNABASHI BRANCH
5-124, KAIKIN-CHO
FUNABASHI-SHI, CHIBA-KEN
JAPAN
MR. ONODERA
TEL#: 011-81-3-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

**Country of Origin**: JAPAN

**Shipment Per**: CHANG JING BRIDGE 3V
**On/About**: SEP 26, 2004

**From**: OAKLAND U.S.A.
**Via**:
**To**: TOKYO JAPAN
**ETA**: OCT 6, 2004

**Total Packages**: (200) Packages
**Total Gross Weight (Kgs)**: 17,942.2
**Total Measurement (m³)**:

**Terms of Payment**:

| Item | Product Code | Commodity | Quantity | Unit Price | Amount in US DOLLAR |
|---|---|---|---|---|---|

F.O.B. OAKLAND .................. US$ 1,078,018.20

-- DETAILS AS PER ATTACHED SHEET --    8,400PCS.

ATTN: MR. ONODERA-81-3-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
<DEFECTIVE RETURN>
B/L#: SETV869776, DKG: YAK004152

**REVISED**

CANON U.S.A., INC.

-S.6 O.E.-    Manager, Traffic & Distribution Headquarters


EXHIBIT B

# Canon

## INVOICE ATTACHED SHEET

CANON U.S.A., INC.
One Canon Plaza, Lake Success, NY 11042
Telephone: 516-408-6700

| Invoice No. | Date | Page |
|---|---|---|
| N-CTU04/01130 | SEP 29, 2004 | 2 |

| Item | Product Code | Commodity | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | F.O.B. OAKLAND | | US DOLLAR |

JX2678-02 P/O#REPLACE-RETURN

001 6830A001AA  P820 HP BLACK CRG C9730A
              SU8473.30.3000
              MADE IN JAPAN                    1,680PCS.    112.05    188,244.00

002 6827A001AA  P820 HP YELLOW CRG C9732A
              SU8473.30.3000
              MADE IN JAPAN                    1,680PCS.    148.24    249,043.20

JX2679-02 P/O#REPLACE-RETURN

002 6827A001AA  P830 HP YELLOW CRG C9732A
              SU8473.30.3000
              MADE IN JAPAN                    1,470PCS.    148.86    217,912.00

JX2680-02 P/O#REPLACE-RETURN

001 6830A001AA  P820 HP BLACK CRG C9730A
              SU8473.30.3000
              MADE IN JAPAN                    2,940PCS.    112.05    329,427.00

002 6827A001AA  P820 HP YELLOW CRG C9732A
              SU8473.30.3000
              MADE IN JAPAN                    630PCS.     148.34     93,391.20

                                                8,400PCS.          US$1,078,018.20

**REVISED**