## Nippon Express U.S.A., Inc.

San Francisco Ocean Cargo Branch
421 Valley Drive, Brisbane, Ca. 94005
Tel: 415-467-0100   Fax: 415-467-0800

OTI License No.16927N
7-27-1999

To: YAMG MING EXPORT CUSTOMER SERVICE
Attn: LEA LEE

Date: 9/23/04
Page: 1

From: Fusako Queen, Asst. Manager, Ocean Imports
Tel: 415-656-3337   e-mail: fusako_queen@nittsu.com

SUB: DRAY-OFF REQUEST – URGENT ✓

Dear Lee,

As per our phone conversation. We would like to dray-off the following containers as our Customer request. Please arrange dray-off process with terminal accordingly.

1. VESSEL#: CHANG JING BRIDG V. 32
   BOOKING#: YAK084152
   CONT#: YMLU4800324, YMLU4384340, YMLU4729020, TEXU7357452, TEXU7248997    ) 5

2. VESSEL#: VICTORIA BRIDGE V. 61W
   BOOKING#: YAK084251
   CONT#: UESU4274862, YMLU4660218, TRLU6530258, YMLU4577666, YMLU4585319    ) 5

We, Nippon Express USA Inc will accept and guarantee to pay the dray-off cost ($2,250.00) to YML.

Thank you for your prompt action.

Best Regards,

F. Queen



EXHIBIT C