Fusako Queen

Inactive hide details for "Lea Lee - oak exp" <lealee@YMLUSA.COM> on 2004/09/27 11:51:19"Lea Lee - oak exp" <lealee@YMLUSA.COM> on 2004/09/27 11:51:19

To: <Fusako_Queen@nittsu.com>
cc: "Cecelia Choy - oak exp" <ceceliachoy@YMLUSA.COM>, "NIPPON EXPRESS - TAKESHI_TSUJI ¥(E-mail¥)" <TAKESHI_TSUJI@nittsu.com>, "NIPPON EXPRESS - Takafumi_Masukata ¥(E-mail¥)" <Takafumi_Masukata@nittsu.com>, "Evan Woehl - oak sls" <evanwoehl@YMLUSA.COM>, <Amy_La@nittsu.com>, "David Tsen - oak mgm/sls" <davidtsen@YMLUSA.COM>, "Jason Wong - oak mgm" <jasonwong@YMLUSA.COM>, "Dorothy Tam - oak ext" <dorothytam@YMLUSA.COM>

Subject: RE: URGENT!! CNTRS DRAY- OFF


MESSAGE ORIGIN = YMLUSA, SENT DATE(NY) = 14:51:20 Mon 27 Sep 2004

Fusako,

The 5 units on the VTB 61B are on wheels ready for pickup, as for the other 5 units on CJB 32B were loaded on board due
to terminal's overlook. I'm sorry for this huge mistake, and already hold the terminal for reponsibility for any charges,
pls let me know how would you like us to do with those loaded cntrs...
Evan will contact you soon for this...

tks/rgds
Lea

-----Original Message-----
From: Lea Lee - oak exp
Sent: Monday, September 27, 2004 9:39 AM
To: 'Fusako_Queen@nittsu.com'
Cc: Cecelia Choy - oak exp; NIPPON EXPRESS - TAKESHI_TSUJI (E-mail); NIPPON EXPRESS - Takafumi_Masukata (E-mail); Evan Woehl - oak sls; Amy_La@nittsu.com
Subject: RE: URGENT!! CNTRS DRAY- OFF


Fusako,

Contact with terminal, they will put the cntrs on the chassis and will let us know when it's ready. remountingcharges is $45 per cntr

tks/rgds
Lea
-----Original Message-----
From: Fusako_Queen@nittsu.com [mailto:Fusako_Queen@nittsu.com]
Sent: Monday, September 27, 2004 11:43 AM
To: Lea Lee - oak exp
Cc: Cecelia Choy - oak exp; NIPPON EXPRESS - TAKESHI_TSUJI (E-mail); NIPPON EXPRESS -

10/12/2005


EXHIBIT F

----- Forwarded by Fusako Queen/NEU/NEUSA/NITTSU on 2005/10/12 08:06 -----

To:     "David Tsen - oak mgm/sls" <davidtsen@YMLUSA.COM>
cc:     "Lea Lee - oak exp" <lealee@YMLUSA.COM>, "Cecelia Choy - oak exp" <ceceliachoy@YMLUSA.COM>, "Jason Wong - oak mgm" <jasonwong@YMLUSA.COM>, "Dorothy Tam - oak ext" <dorothytam@YMLUSA.COM>, <Takeshi_Tsuji@nittsu.com>, <Takafumi_Masukata@nittsu.com>, <Sanae_Warner@nittsu.com>, <Makoto_Kurita@nittsu.com>, "Evan Woehl - oak sls" <evanwoehl@YMLUSA.COM>, "Joseph Liao - oak mgm/oak" <josephliao@YMLUSA.COM>, "Wenjin Lee - usa mgm/aecc/aipi/aesc" <wenjinlee@YMLUSA.COM>

Subject:    RE: URGENT!! CNTRS DRAY- OFF   Link

Mr. Tsen,

Thank you for your e-mail. I will let you know if there is any additional cost applied due to this incident.

Best Regards,
Fusako Queen


To:     <Fusako_Queen@nittsu.com>
cc:     "Lea Lee - oak exp" <lealee@YMLUSA.COM>, "Cecelia Choy - oak exp" <ceceliachoy@YMLUSA.COM>, "Jason Wong - oak mgm" <jasonwong@YMLUSA.COM>, "Dorothy Tam - oak ext" <dorothytam@YMLUSA.COM>, <Takeshi_Tsuji@nittsu.com>, <Takafumi_Masukata@nittsu.com>, <Sanae_Warner@nittsu.com>, <Makoto_Kurita@nittsu.com>, "Evan Woehl - oak sls" <evanwoehl@YMLUSA.COM>, "Joseph Liao - oak mgm/oak" <josephliao@YMLUSA.COM>, "Wenjin Lee - usa mgm/aecc/aipi/aesc" <wenjinlee@YMLUSA.COM>

Subject:    RE: URGENT!! CNTRS DRAY- OFF

MESSAGE ORIGIN = YMLUSA, SENT DATE(NY) = 13:28:25 Thu 30 Sep 2004

DEAR FUSAKO:

DUE TO OUR TERMINAL'S NEGLIGENCE, THEY LDD FIVE CNTRS ONBOARD SHIP. OUR CECELIA WILL HELP TO SETTLE THE RELATED CLAIM CASE.

PLS SEND THE RELATED EXTRA COST WITH SUPPORTING DOCS SO AS TO HOLD LIABLE PARTY ASAP.

RGDS,
DAVID T.

-----Original Message-----
From: Fusako_Queen@nittsu.com [mailto:Fusako_Queen@nittsu.com]
Sent: Thursday, September 30, 2004 9:17 AM
To: Evan Woehl - oak sls
Cc: Lea Lee - oak exp; Cecelia Choy - oak exp; David Tsen - oak mgm/sls; Jason Wong - oak mgm; Dorothy Tam - oak ext; Takeshi_Tsuji@nittsu.com; Takafumi_Masukata@nittsu.com; Sanae_Warner@nittsu.com; Makoto_Kurita@nittsu.com
Subject: RE: URGENT!! CNTRS DRAY- OFF

10/12/2005