| Claim Number | DVP3753 | FTC | Function | CMT # | MICR# |
|---|---|---|---|---|---|

| Date | 12/21/06 | Explanation of Payment | | | J |
|---|---|---|---|---|---|

| Claimant / Employee Name | | Claimant Number | |
|---|---|---|---|
| Nippon Express | | | Attachment |
| | | | Tax ID - If Applicable |

| COVERAGE DESCRIPTION | AMOUNT |
|---|---|
| Canon Cartridge Settlement | $ 55,000.00 |
| TOTAL AMOUNT | $ 55,000.00 |

Reportable to IRS: NO

| Number of Weeks | Rate (Week / Month) | Payment Period | date of Loss |
|---|---|---|---|
| | | | 9/26/2004 |

| Additional Explanation | Carrier / Service Provider | If you require addition information you may contact: |
|---|---|---|
| Agreeded Settlement with Council and NipponKoa Wire Transfer Attached | NIPPONKOA Ins. Co. Ltd. U.S. Branch | Phone (212) 405-1650 ext. 150 |

| Carrier / Service Provider | Date of Issue | Claim Number | Account Name |
|---|---|---|---|
| | For | | Account Number |
| | Amount (Please spell out) | | Dollars |

| Payee | | Amount |
|---|---|---|
| Wire Transfer | | $55,000.00 |
| The Bank of Tokyo - Mitsubishi UFJ Ltd. | | Mail To if different from payee |

| Coverage Code | Kind of Payment | Claim Amount | or | Expense Amount | Expense Description | Benefit Period From | To |
|---|---|---|---|---|---|---|---|
| OMC | 0 | $ - | | | | | |

| Check | | Claimant | |
|---|---|---|---|
| Close | | Entire File | A |
| Dairy | | | |
| Stop | | Panel Atty Hrs. Paid | |
| Cancel | | "FOR" Section | |
| | | Add'l Explanation | |

| Credit | | SEE IMPACT FOR SUPERVISOR REQUESTED APPROVAL |
|---|---|---|
| Claim Number | FTC | Function | CMT # | Sequence # |

Salvage
Subrogation

Authorized I.D. Claim Handler    Authorized I.D. Supervisor

Signature    Signature

EXHIBIT G