UNITED STATES DISTRICT COURT         06 Civ. 0694 (PKC)

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,<br><br>                      Plaintiff,<br>    - against -<br><br>M/V CHIANG JIANG BRIDGE et ano.,<br><br>                      Defendants. | DEFENDANT, YANGMING MARINE TRANSPORT CORP.'S REPLY DECLARATION OF PAUL M. KEANE IN SUPPORT OF ITS MOTION TO DISMISS THE CLAIMS AGAINST IT ON GROUND OF A MANDATORY AND EXCLUSIVE FOREIGN FORUM SELECTION AGREEMENT |

       PAUL M. KEANE declares that the following statement is true under the penalties of perjury:

       1.    I am an attorney at law admitted to practice before this Court, and I am a member of the firm of Cichanowicz Callan Keane Vengrow & Textor, LLP, attorneys for defendant in the above captioned matter. I am fully familiar with the facts and circumstances of the matter and I make this declaration on personal knowledge.

       2.    Attached to this declaration as defendant's Reply Exhibits are true and complete copies of the following:

            EXHIBIT 1:    Printout from plaintiff's web site.

            EXHIBIT 2:    Printout from F.M.C. web site listing licensed non-vessel operating common carriers.

            EXHIBIT 3:    Printout from F.M.C. web site listing licensed freight forwarders.

            EXHIBIT 4:    Letter from plaintiff's counsel dated June 1, 2007.

            EXHIBIT 5:    Letter from the undersigned dated June 4, 2007.

EXHIBIT 6:   Face of bill of lading at issue.

EXHIBIT 7:   The booking note for the shipment at issue.

Dated:   New York, NY, June 19, 2007

/s/   ____Paul M. Keane_____

PAUL M. KEANE [PK-5934]