# YANGMING'S REPLY EXHIBIT 1



United States

- Home
- Contact Us
- Quotation
- Resources
- Site Map



| Regional Site Selector | Service-line Selector | Track Your Shipment - It's Number is ... | HELP |
|---|---|---|---|
| (Please select) GO | (Please select) GO | Shiptrace number | (Please select) GO |

Home » Services » Freight Services » Ocean Freight



## Ocean Freight

International commerce today rides over the waves on thousands of ocean vessels that connect buyers and seller, suppliers and manufacturers and other trading partners around the globe. Complex supply chains constrained by time-sensitive lead times extend around the world on ocean trade lanes. Retailers now source the vast majority of their inventory from distant lands, and they depend on ocean freight to meet demanding customer service levels. U.S. manufacturers increasingly sell to foreign customers and depend on ocean transportation to complete the transaction.

With so much literally riding on the quality and dependability of ocean freight services, U.S. exporters and importers need a partner like Nippon Express USA to make sure they receive the performance they require. With over 130 years of experience managing ocean transportation and more than 51,000 skilled freight professionals around the world, and tremendous shipping volume that it leverage on behalf of its customers, Nippon Express is a powerful ocean shipping partner to have.

Nippon Express USA is ready and able to provide the exact type of ocean service the customer requires. For example, exporters and importers have several choices to make when selecting the level of support they need for managing their ocean transportation. Nippon Express USA can fill every one of these roles:

### International Carrier Management

Nippon Express USA will reserve and books space on ocean carriers on behalf of its customers. The ocean carrier issues the bill of lading and the shipment moves under the carrier's tariff or contract. Nippon Express helps the customer select the carrier and



Related Links

→ **US Ocean Freight Locations**
→ **Request for Quotation**
→ **Quality and Security**

ARROW International GNS
GLOBAL NVOCC SERVICE FROM NIPPON EXPRESS

- **Ocean Sailing Schedules**
  Search LCL sailing schedules
- **Online Booking**
  Book your shipment online



Downloads

- **Brochure**
  Arrow Atlantic
- **Brochure**
  Asia Distribution Programs
- **Brochure**
  Hakata Crossing - NVOCC Service Innovation
- **Brochure**
  China Network - NVOCC Service
- **Brochure**
  India Network - NVOCC Service

the routing and then obtain the best rate. Nippon can also arrange for additional services needed for the land portion of the door-to-door shipment.

**Brochure**
Ocean Freight Transportation & Global Logistics

### Non-Vessel Operating Common Carrier (NVOCC)

Nippon Express USA can take full responsibility for all of your ocean shipments and provide you with its own single bill of lading for door-to-door service. It provides this comprehensive service through its service brand name Arrow International GNS.

### Freight Forwarding

Nippon Express USA's freight forwarding division provides a broad range of planning and analysis services for its customers, as well as all of the hands-on tasks necessary to perfectly execute international ocean shipments. These services include:

- Transportation analysis and coordination to advise customers on the best rates, routings and modes of transporting goods to or from any area in the world

- Documentation preparation and processing to include export declarations, bills of lading and sending advance notice of shipments to banks, shippers, and consignees

- Inland connections to include shipment pickup, cargo transfer to the pier, warehousing services, cargo insurance, and whatever is needed to provide true door-to-door service.

**Printable Version**

© 2007 Nippon Express USA    Terms of use | Quality & Security     It is    Tuesday, June 19, 2007 at 12:32 PM