# YANGMING'S REPLY EXHIBIT 2

| | | | |
|---|---|---|---|
| 017785 | NEWHOPE LOGISTICS, INC. | | WWW.OCEANTARIFF.COM |
| 016529 | NEWMARK SHIPPING LTD. | R S Freight Inc. / R S F Inc. | www.dpiusa.com |
| 009399 | Newport (U.S.A.) Shipping, Inc. | | WWW.PARAMOUNTTARIFF.COM |
| 012787 | NEWPORT CARGO CONSOLIDATED INC. | TOUCHDOWN FREIGHT CO. | WWW.PARAMOUNTTARIFF.COM |
| 017203 | NEWPORT LOGISTICS (H.K.) LIMITED | NEWPORT EXPRESS WORLDWIDE SERVICES | www.dpiusa.com |
| 019203 | Newport Logistics, Inc. | | www.dpiusa.com |
| 009807 | Newport Ocean Consolidator, Inc. | Newport Container Line | www.ustraf.com |
| 013933 | Newport Tank Containers, Inc. | | www.tariffdatasystems.com |
| 019748 | NEWSKIN EXPRESS, INC. | | WWW.PARAMOUNTTARIFF.COM |
| 014207 | NEWTRANS WORLDWIDE, INC. | | WWW.PARAMOUNTTARIFF.COM |
| 019856 | NEX WORLDWIDE EXPRESS INC. | | www.globemar.com |
| 017885 | NEX-FREIGHT SYSTEM INC. | | WWW.DPIUSA.COM |
| 017135 | NEXT DAY CARGO, INC. | | www.dpiusa.com |
| 011241 | Nexus International Express, Inc. | | www.oceantariff.com |
| 019014 | NI MIDSTAR, LLC | | WWW.DPIUSA.COM |
| 017800 | NICK'S INTERNATIONAL SHIPPING INC. | | www.globemar.com |
| 013498 | NIK TRANSPORT, INC. | | www.dpiusa.com |
| 020430 | Ningbo Chiao Feng Shipping Company., Ltd. | | www.pctb.com |
| 018445 | Ningbo Transocean International Forwarding Agency Co., Ltd. | | www.ustraf.com |
| 001548 | Nippon Express U.S.A. (Illinois), Inc. | | www.nippon-express.com/tariff |
| 015838 | NIPPON YUSEN HINKI SENPAKU CO., LTD. | | www.oceantariff.com |
| 010576 | NISHI NIPPON RAILROAD CO., LTD. | NNR Global Logistics | http://151.198.171.142/rqnvoccRQ.HTML |
| 010691 | NISKO CARGO CONSOLIDATION LIMITED | | www.ustraf.com |
| 020805 | Nisshin Trans Consolidator Co., Ltd. | | www.pctb.com |
| 009801 | NISSIN CORPORATION | | www.oceantariff.com |
| 001552 | NISSIN INTERNATIONAL TRANSPORT U.S.A., INC. | | www.oceantariff.com |
| 018815 | NK America, Inc. | | www.oceantariff.com |
| 018513 | NMC LOGISTICS INTERNATIONAL CO., LTD. | | WWW.PARAMOUNTTARIFF.COM |
| 019653 | NMC LOGISTICS INTERNATIONAL, INC. | | www.etmrates.com |
| 019112 | NNR Global Logistics (HK) Limited | | http://151.198.171.142/rqnvoccRQ.HTML |
| 019905 | NNR GLOBAL LOGISTICS (SHANGHAI) CO., LTD. | | www.dpiusa.com |
| 018853 | NNR GLOBAL LOGISTICS USA INC. | | rates.descartes.com |
| 017627 | NOBEL CARGO SYSTEMS, INC. | | WWW.DPIUSA.COM |
| 012410 | NOBLE SHIPPING CORPORATION | | www.oceantariff.com |
| 020600 | NOEL N. GRIFFITH | DUNCAN INTERNATIONAL SHIPPING | WWW.DPIUSA.COM |
| 018080 | NORGISTICS (CHINA) LIMITED | NORGISTICS CONTAINER LINE | www.dpiusa.com |
| 004374 | NORMAN G. JENSEN, INC. | JENSEN MARINE SERVICES; GORDON JENSEN FORWARDER | www.pctb.com |
| 005335 | NORMAN KRIEGER, INC. | KRIEGER SEA SERVICES | www.pctb.com |