# YANGMING'S REPLY EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| 016298 | 016298F | NEPTUNE SHIPPING COMPANY | | |
| 005368 | 002470F | NESTOR REYES, INC. | | |
| 019066 | 019066F | NETFRATE LLC | | |
| 007972 | 003205F | NETWORK BROKERS INTERNATIONAL, INC. | | |
| 020807 | 020807F | NEW CENTURY LOGISTICS, INC. | | |
| 014831 | 014831F | NEW DIREX, INC. | | |
| 004920 | 001882F | NEW ENGLAND HOUSEHOLD MOVING & STORAGE, INC. | | |
| 005188 | 002257F | NEW ENGLAND SAFE-SYSTEM, INC. | | |
| 017385 | 017385F | NEW HORIZONS INTERNATIONAL GROUP INCO. | | |
| 008177 | 004042F | NEW K.S.A.I., INC. | KSA AMERICA INC. | |
| 019364 | 019364F | NEW LIFE HEALTH CARE SERVICES, LLC | NEW LIFE MARINE SERVICES | |
| 018185 | 003327F | NEW WAVE LOGISTICS (USA) INC. | DOUBLE WING EXPRESS | |
| 006496 | 002952F | NEW YORK CUSTOMS BROKERS INC | | |
| 005632 | 002769F | NEW YORK FORWARDING SERVICES INC. | | |
| 019748 | 019748F | NEWSKIN EXPRESS, INC. | | |
| 019650 | 019650F | NFI GLOBAL, L.L.C. | | |
| 019014 | 019014F | NI MIDSTAR, LLC | | |
| 014745 | 004338F | NICK RENDON III INTERNATIONAL INC. | | |
| 013498 | 003115F | NIK TRANSPORT, INC. | | |
| 004495 | 001087F | **NIPPON EXPRESS U.S.A., INC.** | | |
| 001552 | 001647F | NISSIN INTERNATIONAL TRANSPORT U.S.A., INC. | | |
| 018815 | 018815F | NK AMERICA, INC. | | |
| 019037 | 019037F | NMT INTERNATIONAL SHIPPING (AMERICAS) INC. | | |
| 018853 | 003292F | NNR GLOBAL LOGISTICS USA INC. | | |
| 014449 | 004282F | NORAL CARGO INTERNATIONAL, INC. | | |
| 016580 | 016580F | NORDIC INTERNATIONAL SERVICES, LLC | | |
| 004374 | 000800F | NORMAN G. JENSEN, INC. | JENSEN MARINE SERVICES | |
| 005335 | 002435F | NORMAN KRIEGER, INC. | PACIFIC FAR EAST LINE | |
| 019251 | 019251F | NORTH AMERICAN INTERNATIONAL N.A., INC. | | |
| 019481 | 019481F | NORTH STAR FORWARDING SOLUTIONS, LLC | | |
| 005219 | 002297F | NORTH STAR WORLD TRADE SERVICES, INC. | | |
| 015101 | 015101F | NORTHSTAR SHIPPING & TRADING, INC. | | |
| 001567 | 003150F | NORTHWEST CONSOLIDATORS, INC. | | |
| 011038 | 001772F | NORVANCO INTERNATIONAL, INC. | | |
| 015630 | 015630F | NORVIK TRADE & TRANSPORT INC. | NORVIK CARGO INTERNATIONAL | |
| 008245 | 003268F | NOVO EXPRESS INTERNATIONAL | | |
| 018553 | 003563F | NRS LOGISTICS INC. | | |
| 019824 | 019824F | NSM LOGISTICS, INC. | | |
| 020200 | 020200F | NU-BORN EXPRESS, INC. | | |
| 006499 | 002945F | NUNEZ FORWARDING COMPANY OF LA. | | |