# YANGMING'S REPLY EXHIBIT 6

COPY NON-NEGOTIABLE    BILL OF LADING

| Shipper | | |
|---|---|---|
| NIPPON EXPRESS U.S.A. (ILL) INC. | Booking No. YAK084152 | B/L No. YMLUW160067969 |
| 290 UTAH AVE. | | |
| SOUTH SANFRANCISCO, CA 94080 U.S.A | Export References | |
| | MANIFEST#: SFTY470120 | |
| | S/C# 276803 | |

| Consignee | Forwarding agent references |
|---|---|
| NIPPON EXPRESS CO. LTD. | 650-952-0380 |
| CANON OFFICE | 650-244-833 |
| 4FL MITSUWA SEIKI BLDG | |
| 15-21, 1 CHOME, SHIMOMARUKO, | |
| OHTA-KU TOKYO 146-0092 JAPAN | Point and Country of Origin of goods |
| T-03-3756-1831 F-03-3756-1834 | |

| Notify party | ALSO NOTIFY |
|---|---|
| NIPPON EXPRESS CO. LTD. | Revised |
| CANON OFFICE | |
| 4FL MITSUWA SEIKI BLDG | |
| 15-21, 1 CHOME, SHIMOMARUKO, | |
| OHTA-KU TOKYO 146-0092 JAPAN | |
| T-03-3756-1831 F-03-3756-1834 | |

| Precarried by | Place of Receipt OAKLAND CY | |
|---|---|---|
| Vessel Voy No. 32W | | Onward inland routing |
| CHANG JIANG BR | Port of Loading OAKLAND | |
| Port of Discharge TOKYO | Place of Delivery TOKYO CY | Delivery Status |

| MKS & NOS/CONTAINER NOS. | NO. OF PKGS 5 x40 | PARTICULARS FURNISHED BY MERCHANT DESCRIPTION OF PACKAGES AND GOODS SHIPPER'S LOAD & COUNT. 200 PALLETS | 39600 LBS 6660.000 CFT | 17962 KGS 182.930 CBM |
|---|---|---|---|---|
| | | PRINTER PARTS (CARTRIDGE) DEFECTIVE RETURN 8,400 CTNS ON 200 PALLETS AEX-X20040928024291 ----EXPRESS B/L---- | | FREIGHT PREPAID LOADED ON M/V: CHANG JIANG BR VOY: 32W AT: OAKLAND ON:  SEP/25/04 CRD: SEP/23/04 |
| TEXU7248997  40'DC  FCL/FCL  04913 | | | 40 PALLETS | 7920 LBS 1292.0 CFT |
| TEXU7357452  40'DC  FCL/FCL  04926 | | | 40 PALLETS | 7920 LBS 1292.0 CFT |
| YMLU4384340  40'DC  FCL/FCL  04916 | | | 40 PALLETS | 7920 LBS 1292.0 CFT |
| YMLU4729020  40'DC  FCL/FCL  04881 | | | 40 PALLETS | 7920 LBS 1292.0 CFT |
| YMLU4800324  40'DC  FCL/FCL  04829 | | | 40 PALLETS | 7920 LBS 1292.0 CFT |
| THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRA-TION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED. | | | | |

Declared value $_____
Ad valorem rate. Carrier's package limitation shall not apply. See Clause 24 (2) & (3) hereof

Place and Date of Issue  OAKLAND  SEP/25/04

Shipped on Board Date  SEP/25/04

B/L NO.  YMLUW160067969

| ITEM NO. | CHG | RATED AS | PER | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|---|
| WQ04/05 | | | | | | 145000.00 |
| | | | | | | 145000.00 |

Yang Ming (America) Corporation.

TOKYO    By _____
As Agent for Yangming Marine Transport Corporation, or as/in