# YANGMING'S REPLY EXHIBIT 7



## YANG MING LINE
### Booking Confirmation

FAX: 1650-952-0380
FROM: DOROTHYTAM@YMLUSA.COM

Booking No:   YAK084152          Ref: 276803

| | |
|---|---|
| Vessel: CHANG JIANG BRIDGE | Trade Service: USWC PSW-3 |
| YML Voyage: 05W    COM Voyage: 32W | POR Cut-off Date: |
| Place of Receipt: OAKLAND, CA | POL Cut-off Date: 09/25/2004    Sailing Date: 09/25/2004 |
| Port of Loading: OAKLAND, CA - TRANSBAY CONTAINER T | OD or Tranship Port |
| Port of Discharge: TOKYO    JAPAN | Port Arrival Date: 10/02/2004 |
| Place of Delivery: TOKYO    JAPAN | Booked Date: 09/14/2004    17:04:08 |

**ORIGIN OFFICE**
Office: OAKLAND, CA
Address: YANG MING (AMERICA) CORPORATION
475 14TH STREET, 5TH FL., SUITE 500
OAKLAND, CA 94612 USA

Email:
Phone: 510-238-4568
Fax: 510-286-2031

**BOOKED BY**
Name: DOROTHY TAM
Address: 475 14TH ST. 5TH FL. SUITE.500
OAKLAND, CA.94612 USA

Email: DOROTHYTAM@YMLUSA.COM
Phone: 510-628-1305
Fax: 510-286-2031

**SHIPPER / NVOCC**
Company: NIPPON EXPRESS USA, INC.
Address: 421 VALLEY DRIVE
BRISBANE, CA 94005

**FORWARDER**
Company:
Address:

CTC Name: MASKTA
Phone: 650-244-8336 F.9520380
Fax: 1650-952-0380
Shipper's Ref:

CTC Name:
Phone:
Fax:

**Cargo Details:**

| No. | Equipment or Pkg. | Commodity | Gross Wt./Unit Lb | Gross Cube/Unit Ft |
|---|---|---|---|---|
| 5 | 40' DRY CONTAINER | PRINTER PARTS | 35000.00 | |

Domestic Export Transport Mode: ALL WATER (PORT)    Destination Export Transport Mode:

**Freight:**
OF$550+DT
INCL BK/DF

Please note that the freight rating shown, is based on the current information (cargo description, port pairs etc) and may change due to factors such as cargo received date, vessel sailing date and pending rate filing action.

Please review the above information to be sure it matches what you show for your booking. If you find any errors, please notify Yang Ming (America) Corp. as soon as possible, before delivery of the loaded container(s).

---
Shipper's Acceptance Signature For Reefer / Special Cargo