LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW¹
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DeCHARLES II‡

JESSICA A. DE VIVO°
IRENE M. ZANETOS°

†ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
#ALSO ADMITTED TO GEORGIA
‡ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)





June 20, 2007

**MEMO ENDORSED**

**BY HAND**

Hon. P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

      Re:    Nippon Express USA (Illinois), Inc. v.
               CHIANG JIANG BRIDGE
               06 CIV 694
               Our reference no.: 8740/PMK

Honorable Sir:

      We are the attorneys for defendant, YANG MING MARINE TRANSPORT CORP., in the above captioned matter. We write to object to plaintiff's submission of a sur-reply memorandum without prior leave of court (see attached). Because sur-reply memoranda are not provided for by the Federal or Local Rules, they are only permitted by prior leave of Court. That does not mean that counsel can submit a sur-reply memorandum along with the request as plaintiff has done. As Judge Cannella once explained:

> The proposed ... papers should not accompany the request for leave to submit them. To permit the ... papers to accompany the request, as they do in the instant case, is to enable the requesting party to accomplish its goal of placing the papers before the court, thereby reducing the question of whether the papers should be accepted for filing to relative unimportance. Therefore, the ... papers themselves shall not be submitted until the court, having received and reviewed the application to file, invites them.

*Travelers Ins. Co. v. Buffalo Reinsurance Co.*, 735 F.Supp. 492, 495 - 96 (S.D.N.Y.) vacated on other grounds 739 F.Supp. 209 (S.D.N.Y. 1990). Under the

Hon. P. Kevin Castel                                          June 20, 2007
CHANG JIANG BRIDGE                                            Page 2

circumstances, we respectfully request permission to respond with a supplemental brief of our own with the understanding that briefing be closed as to any further submissions for which prior leave of court has not been obtained.

                              Very truly yours,

                              CICHANOWICZ, CALLAN, KEANE,
                              VENGROW & TEXTOR

                              *[signature]*
                              Paul M. Keane

PMK/am

Cc:   David Maloof/Maloof & Browne (Via Telefax 914-921-1023)

*[Handwritten note:]* Defendant may file a sur-sur reply by July 6. Plaintiff may file a sur-sur-sur reply by July 13 and defendant may submit a sur-sur-sur-sur reply by July 20. I trust that will do it.

SO ORDERED
*[signature]*
6-21-07