USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/07

MALOOF BROWNE & EAGAN LLC

DAVID T. MALOOF

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com

# MEMO ENDORSED

<u>Via Federal Express</u>

November 19, 2007

Honorable P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
Tel: (212) 805-0262

Re: *Nippon Express U.S.A. (Illinois), Inc. v. M/V Chiang Jiang Bridge and Yang Ming Marine Transport Corporation*
Case No.: 06-Civ-0694 (PKC)
<u>Our File:</u>    1412.37

Dear Judge Castel:

We represent the plaintiff Nippon Express in this matter.

We write to advise the Court of a problem which has arisen in connection with the pending motion to dismiss. As the Court is aware, we opposed the motion to dismiss on the basis of a contract between the defendant Yang Ming and a California terminal known as Total Terminals International, LLC. We relied upon this contract because it was provided to us by the defendant Yang Ming and represented to us to be the applicable contract.

We have now been told by Yang Ming's counsel that it was not the applicable contract, but instead there is a separate contract with another terminal known as TransBay. We are in the process of attempting to obtain that contract.

The bottom line is that as a result of this mistake by Yang Ming the opposition that we submitted to the motion is no longer factually correct. Once Yang Ming's counsel clears up the mistake and provides the proper documentation we will promptly submit a new opposition.

We are available if the Court wishes to have a conference.

We thank the Court for its kind consideration.

Respectfully submitted,

David T. Maloof

*Handwritten endorsement:* I intend to address the motion without extended delay. Yang Ming's counsel is directed to file with the Court an affidavit attesting to ~~the contract~~ their production in the course of discovery of the contract with a California terminal (during the applicable time frame). I understand Yang Ming's position is that the contract is immaterial to the motion. Affidavit due December 3. ~~A~~ The submission of the contract by plaintiff is due December 7 via fax. SO ORDERED. [signature] USDJ 11-20-07

cc: **Via Facsimile- 212-385-1605**
Paul Keane, Esq.
Mahoney & Keane, LLP
*Attorneys for Defendant*